■ The People of the State of New York, Respondent, v David A. Leake, Appellant. [828 NYS2d 226]—Appeal from a judg-

ment of the Monroe County Court (John R. Schwartz, A.J.), rendered September 19, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree (two counts), harassment in the second degree and assault in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Lunn and Fahey, JJ.